DISMISS; Opinion issued September 27, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00517-CR

## KWAKU OWIRODU, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 11
Dallas County, Texas
Trial Court Cause No. MA11-04764-N**

# MEMORANDUM OPINION

Before Justices FitzGerald, Murphy, and Fillmore
Opinion By Justice FitzGerald

Kwaku Owirodu was convicted of assault involving family violence. Punishment was assessed at 365 days' confinement in jail and was imposed in open court on February 1, 2012. No motion for new trial was filed; therefore, appellant's notice of appeal was due by March 2, 2012. *See* TEX. R. APP. P. 26.2(a)(1). Appellant filed his notice of appeal on March 26, 2012, outside both the thirty-day period provided by rule 26.2(a)(1) and the fifteen-day extension period provided by rule 26.3. *See* TEX. R. APP. P. 26.3. Appellant's untimely notice of appeal leaves us without jurisdiction over the appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam).

We dismiss the appeal for want of jurisdiction.

KERRY P. FITZGERALD
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120517F.U05

–2–



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

KWAKU OWIRODU, Appellant

No. 05-12-00517-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the County Criminal Court No. 11 of Dallas County, Texas. (Tr.Ct.No. MA11-04764-N).
Opinion delivered by Justice FitzGerald, Justices Murphy and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered September 27, 2012.

KERRY P. FITZGERALD
JUSTICE